AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THOMAS HENRY BAKER AND<br>BLUE WATER ENTERPRISES, INC.<br><br>*Plaintiff(s)*<br>v.<br>TOWN OF PALM BEACH, FLORIDA<br>TOWN OF PALM BEACH POLICE DEPARTMENT<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)    16-cv-81771-KAM/Matthewman<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TOWN OF PALM BEACH FLORIDA
By and through Mayor Gail Coniglio
360 South County Road
Palm Beach, Florida 33480
561-838-5400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOANNE M. FOSTER
Guy Yudin & Foster, LLP
55 East Ocean Blvd.
Stuart, FL 34994
772-286-7372 x207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 20, 2016

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THOMAS HENRY BAKER AND<br>BLUE WATER ENTERPRISES, INC.<br><br>*Plaintiff(s)*<br>v.<br>TOWN OF PALM BEACH, FLORIDA<br>TOWN OF PALM BEACH POLICE DEPARTMENT<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  16-cv-81771-KAM/Matthewman<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TOWN OF PALM BEACH POLICE DEPARTMENT
By and through Kirk Blouin, Director of Public Safety
360 South County Road
Palm Beach, Florida 33480
561-838-5400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOANNE M. FOSTER
Guy Yudin & Foster, LLP
55 East Ocean Blvd.
Stuart, FL 34994
772-286-7372 x207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 20, 2016

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts