UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No.: 9:16-CV-81771 - KAM / Matthewman
IN ADMIRALTY

THOMAS HENRY BAKER, and
BLUE WATER ENTERPRISES, INC.,

    Plaintiffs,

v.

TOWN OF PALM BEACH, FLORIDA, and the
TOWN OF PALM BEACH POLICE DEPARTMENT,

    Defendants.

_____/

## MOTION TO DROP THOMAS HENRY BAKER AS PLAINTIFF
## OR IN THE ALTERNATIVE,
## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

    Plaintiffs Thomas Henry Baker and Blue Waters Enterprise, Inc., by and through undersigned counsel and pursuant to Fed.R.Civ.P. § 21 and Fed.R.Civ.P. §15, hereby move this Court for an order dropping Thomas Henry Baker as Plaintiff in this matter. Dropping Plaintiff Baker has no effect on the Complaint filed on October 20, 2016. He is an unnecessary party. Plaintiff Baker does not own the vessel "Time Out" which is the subject of this action and is not entitled to make a claim for damages.

    In the alternative, Plaintiffs move for leave to file an amended complaint which is attached hereto as Exhibit 1.

### MEMORANDUM OF LAW

    Fed. R. Civ.P. § 21 states, "On motion, or on its own, the court may at any time, on just terms, add or drop a party." Plaintiff Baker is asking this Court to drop him as a party and states this action has no effect on the claim asserted in the Complaint. [DE 1-main]. Further, the

request is occurring prior to January 6, 2017, the date for amending the pleadings. [DE 14] Plaintiffs assert that dropping Baker will help to simplify and streamline this matter as it moves forward.

As an alternative with regard to amending a complaint, "When the time period for filing an amendment of a pleading as of right has expired, Rule 15(a) of the Federal Rules of Civil Procedure requires that amendment may be provided "only by leave of court or by written consent of the adverse party." Fed. R. Civ. P. 15(a) states that leave to amend "shall be freely given when justice so requires." The Eleventh Circuit has held that motions for leave to amend complaints should be liberally granted when necessary in the interests of justice. See <u>Jennings v. BIC Corp.</u>, 181 F.3d 1250, 1258 (11th Cir. 1999) (stating that "leave to amend should be liberally granted when necessary in the interest of justice" under Fed. R. Civ. P. 15(a)); Florida Power & Light Co. v. Allis Chalmers Corp., 85 F.3d 1514, 1520 (11th Cir. 1996) ("Unless substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial."), citing <u>Shipner v. Eastern Airlines, Inc</u>., 868 F.2d 401, 407 (11th Cir. 1989). <u>Evergreen Foliage v. E.I. Dupont De Nemours & Co.</u>, 336 F. Supp. 2d 1239 (S.D. Fl 2004.)

The Amended Complaint is attached hereto as Exhibit 1.

CONCLUSION

Whether the Court determines it is appropriate to drop Thomas Henry Baker as a Plaintiff in this matter, or grant leave to file an Amended Complaint, the result is the same. Thomas Baker is not the owner of the vessel "Time Out" and is not entitled to damages for the loss of the vessel. He is an unnecessary party in this action.

Dropping Baker as a Plaintiff has the benefit of continuing the action without interruption of additional complaints and motions to dismiss. Nevertheless, in an abundance of

caution Plaintiffs file their Motion for Leave to File an Amended Complaint in the alternative and rely on the judgment of the Court to determine the proper course of action.

### CERTIFICATION

On December 30, 2016, Counsel for the movant hereby conferred via e-mail and telephone with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. On January 3, 2017, counsel for Defendants advised they oppose the Motion to drop Thomas Baker as Plaintiff. Respectfully submitted this 3rd day of January, 2017.

s/ Joanne M. Foster
_____
Joanne M. Foster, FBN 134635
Guy Yudin & Foster, LLP
55 East Ocean Blvd.
Stuart FL 34994
772-286-7372 x207
772-220-3318 (fax)
jfoster@guyyudinlaw.com
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF or e-mail on January 3rd, 2017, on all counsel or parties of record on the Service List below.

s/ *Joanne M. Foster*

## CM/ECF SERVICE LIST

Joanne Foster, Esquire
Guy Yudin & Foster, LLP
55 East Ocean Blvd.
Stuart, FL 34994
Telephone: (772) 286-7372
Facsimile: (772) 220-3318
jfoster@guyyudinlaw.com
***Counsel for Plaintiffs***

Lyman H Reynolds, Jr.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Phone: 561-688-6560
Fax: 561-688-2343
service_LHR@rrbpa.com
lreynolds@rrbpa.com
***Counsel for Defendants***